UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
■ __4th__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Francisco A. Heredia          JOINT DEBTOR: _____     CASE NO.: 14-27045-JKO
Last Four Digits of SS# 2639          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 2,132.72      for months   1   to   19  ;
   B.   $ 6,981.89      for months   20  to   20  ;
   B.   $ 4,718.46      for months   21  to   60  ;

Administrative:

Attorney's Fee: $3,650.00 +$2,500.00 (LMM) +$100 (LMM Costs) + $1,050.00 (2 MTMs)= 7,300.00
TOTAL PAID: $2,500.00       Balance Due    $ 4,800.00    payable $  179.61/month (Months  1  to  19 )
                                                         payable $ 1,387.50/month (Months  20 to  20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage          Arrearage on Petition Date $67,456.45
Address: 4101 Wiseman Blvd # MC-T     Arrears Payment   $  250.19/month  (Months  1  to  19 )
         San Antonio, TX 78251        Regular Payment   $ 1,585.85/month (Months  1  to  19 )
Account No: 5120024414369             Arrears Payment   $ 2,183.15/month (Months  20 to  20 )
                                      Arrears Payment   $ 1,512.99/month (Months  21 to  60 )
                                      Regular Payment   $ 2,657.65/month (Months  20 to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  IRS                  Total Due: $5,368.83
                         Payable: $ 51.86/month   (Months  1  to  19 )
                         Payable: $106.92/month   (Months  20 to  60 )

Unsecured Creditors:     Pay $11.95/month (Months 20 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders his interest in the: 2005 Honda Odyssey, VIN: 5FNRL38625B003032, JPMorgan Chase, Acct No. 0200000828 is granted in rem stay relief to pursue its collateral.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_X/s/ Blanco, for the Debtor_ _____
Debtor                                        Joint Debtor
Date: 3/7/16                                  Date: _____

LF-31 (rev. 01/08/10)